UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Frank Falco</u>

    v.                         Civil No. 11-cv-244-JD

<u>Dunkin Management Scrivanos Group,</u>
<u>et al.</u>

<u>O R D E R</u>

    Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A.  She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts.  Therefore, the Clerk shall assign this case to another judge.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

October 4, 2011

cc:  Frank Falco, pro se
     Laurel Ann Van Buskirk, Esquire