```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Frank Falco

    v.                    Case No. 11-cv-244-PB

Dunkin Management Scrivano Group, et al

<u>ORDER</u>

Re: Document No. 4 and 7, Motions for More Definite Statement

Ruling:

Granted.  Defendants' motions for more definite statement ( documents 4 and 7) are granted. The plaintiff shall file an amended complaint within 14 days that complies with Rules 8 and 10. The complaint shall have a caption. It shall include a statement of the court's jurisdiction. It shall include a short and plain statement showing that the plaintiff is entitled to relief. It shall include a demand for the relief sought. Claims shall be stated in separately numbered paragraphs.


Date:  October 25, 2011          /s/ Paul Barbadoro
                                           US District Judge

cc:  Frank Falco, Pro se
     Laurel Van Buskirk, Esq.