UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Frank Falco

          v.                    Case No. 11-cv-244-PB

Dunkin Management Scrivanos Group

O R D E R

On November 1, 2011 this Court issued an order on the motion to dismiss: denying without Prejudice to the defendant's right to renew after the amended complaint is filed. To date, Mr. Falco has not filed his amended complaint.

Upon reviewing the docket, the court notes that the docket contains no docket entry documenting that the order was in fact mailed to Mr. Falco.

To insure that Mr. Falco has received copies of the order, the Clerk's office is directed to send Mr. Falco a copy of the order. If an amended complaint is not filed within fourteen days of the date of this order, the case will be dismissed for lack of prosecution.

    SO   ORDERED.

April 1, 2012                              _/s/ Paul Barbadoro_____
                                             Paul Barbadoro
                                             United States District Judge

cc:    Frank Falco, Pro Se
        Laurel Ann Van Buskirk, Esq.